# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA FRANKS,<br><br>            Plaintiff,<br><br>      v.<br><br>BELFOR USA GROUP, INC.,<br><br>            Defendant. | Case No.: 1:20-cv-01109 NONE JLT<br><br>ORDER DIRECTING THE CLERK OF COURT TO ASSIGN A DISTRICT JUDGE AND TO CLOSE THIS ACTION<br>(Doc. 10) |

The parties have stipulated, according to Federal Rules of Civil Procedure Rule 41(a)(1) to dismiss this action has with prejudice with each side to bear their own fees and costs. (Doc. 10). (Doc. 9) Accordingly, the Clerk of Court is DIRECTED to assign a district judge for the purpose of closing this case and then to close this action.

IT IS SO ORDERED.

Dated:   **March 6, 2021**            /s/ Jennifer L. Thurston
                                 UNITED STATES MAGISTRATE JUDGE